# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEVELAND BROTHERS EQUIPMENT CO., INC., | No. 4:19-CV-01708 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GRIGORIY N. VOROBEY, and GRIGORIY N. VOROBEY, d/b/a GVN TRANSPORT, | |
| Defendants / Third Party Plaintiffs, | |
| v. | |
| MICHAEL A. MILLER, | |
| Third-Party Defendant. | |

## ORDER

**AND NOW**, this 13th day of January 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vorobey's Motion for Summary Judgment (Doc. 41) is **DENIED.**

2. A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge