IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEVELAND BROTHERS EQUIPMENT CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> GRIGORIY N. VOROBEY, and GRIGORIY N. VOROBEY, d/b/a GVN TRANSPORT, <br><br> Defendants-Third Party Plaintiffs, <br><br> v. <br><br> MICHAEL A. MILLER. <br><br> Third Party Defendant. | No. 4:19-CV-01708 <br><br> (Chief Judge Brann) |

## ORDER

**FEBRUARY 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Cleveland Brothers' motions *in limine* (Docs. 74, 76, 78, 80, 82, 84, 86, 88) are **GRANTED** in part and **DENIED** in part, as follows:

   A. The motion to exclude evidence related to the Underlying Actions (Doc. 74) is granted;

    B.    Cleveland Brothers' motions to exclude the opinion testimony of Walter Guntharp (Docs. 76, 88) are granted in part, as explained in more detail in the Memorandum Opinion;

    C.    The motion to exclude evidence related to Vorobey's affirmative defense that some of the underlying settlements applied to punitive damages (Doc. 78) is granted;

    D.    The motion to exclude reference to Cleveland Brothers failing to perform a preventability determination after the 2013 Accident or the Southbound Accident (Doc. 80) is granted;

    E.    The motion to exclude evidence of, or reference to, Bryson's traffic citation related to the Southbound Accident and subsequent guilty plea (Doc. 82) is granted;

    F.    Cleveland Brothers' motion to preclude evidence of Bryson's prior cellphone usage while driving (Doc. 84) is granted; and

    G.    The motion to exclude evidence related to the 2013 Accident (Doc. 86) is denied.

2.    Vorobey's motion *in limine* (Doc. 121) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge